UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE NORTH RIVER INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:12-CV-1317-G |
| HALO COMPANIES, INC., ET AL., | ) ) | |
| Defendants. | ) | |

## AGREED ORDER FOR VOLUNTARY DISMISSAL

The court has considered the parties' joint and agreed motion for voluntary dismissal without prejudice pursuant to Rule 41(a) (docket entry 48), and is of the opinion that the motion should be granted.

It is accordingly **ORDERED** the parties' joint and agreed motion is hereby **GRANTED**. This action is **DISMISSED** without prejudice.

March 12, 2013.

*A. Joe Fish*
A. JOE FISH
**Senior United States District Judge**